**No. P66/138.**—Broadway Hale Stores, Inc., et al. *v.* United States, protests 61/17856, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated mixers similar in all material respects to the food mixers the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiffs was sustained.